# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. MARHSALL & JULIE C. MARSHALL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. EDCV 23-00158-ODW-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiffs' Request to Voluntarily Dismiss the Entire Action Under Federal Rule of Civil Procedure 41, IT IS HEREBY ADJUDGED that the entire action is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 29, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE